# In the United States Court of Federal Claims

|  |  |
|---|---|
| JOHN P. BOWEN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   No. 19-1812L<br>)   (Filed: February 21, 2020)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

      This case was stayed pending resolution of the government's motion to dismiss in <u>State of Mississippi, et al. v. United States</u>, Case No. 19-231, a related case. ECF No. 7. On February 6, the Court denied the government's motion to dismiss in <u>State of Mississippi</u>. Case No 19-231, ECF No. 27. Therefore, the stay of proceedings pursuant to the Court's January 23, 2020 Order, ECF No. 7, is hereby **LIFTED**. On February 20, the Court issued an order detailing the schedule for further proceedings in <u>State of Mississippi</u>. Case No. 19-231, ECF No. 31.

      Before the Court is the parties' Joint Status Report proposing further proceedings in this case. The Court will **STAY** the United States' answer to Plaintiff's amended complaint. To promote efficiency, the Court will put this case on the same schedule as <u>State of Mississippi</u>, as follows:

| | |
|---|---|
| **March 2, 2020** | Plaintiff shall file his Amended Complaint |
| **March 23, 2020** | United States shall file its Motion to Consolidate Cases |
| **March 30, 2020** | Plaintiff shall file his Response to the United States' Motion to Consolidate, if any |
| **April 6, 2020** | United States shall file its Reply to Plaintiff's Response, if any |
| **April 10–17, 2020** | Early Meeting of Counsel |
| **April 22, 2020** | Parties shall file a Joint Preliminary Status Report |

2

After the parties submit their Joint Preliminary Status Report on April 22, the Court will schedule a status conference to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge